UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CV 10-6717 ABC (AJWx) |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR AT JUDGMENT DEBTOR EXAMINATIONS |
| v. | |
| JILL L. VASQUEZ, | |
| Defendant. | |

Defendant and Judgment Debtor Jill L. Vasquez was ordered to appear before Magistrate Judge Wistrich for judgment debtor examinations on two different occasions, March 14, 2011 and May 9, 2011, but she did not appear at either time. Plaintiff and Judgment Creditor government requests an Order to Show Cause why she should not be held in contempt for failing to appear. The Court accepts the facts certified by Magistrate Judge Wistrich pursuant to 28 U.S.C. § 636(e)(6) (Docket No. 28):

1. On January 18, 2011, Judge Wistrich ordered Judgment Debtor Vasquez to attend her examination before Judge Wistrich on March 14, 2011 at 10:00 a.m. (Docket No. 18). The order included the following language in capital letters:

> NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING. See CCP 708.110(e).

2. The Order was personally served on Judgment Debtor Vasquez on February 19, 2011 by a registered process server. (Docket No. 19).

3. On March 14, 2011, the examination of Judgment Debtor Vasquez came on regularly for hearing before Judge Wistrich; however, Judgment Debtor Vasquez did not appear. (Docket No. 20).

4. Judgment Debtor Vasquez willfully failed to comply with the Court's Order of January 18, 2011 by failing to appear for her examination on March 14, 2011.

5. On March 16, 2011, Judge Wistrich continued the Judgment Debtor Vasquez's examination to May 9, 2011 at 10:00 a.m. (Docket No 24). This Order also contained the warning in capital letters:

> NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S

FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS
PROCEEDING. See CCP 708.110(e).

6. The Order of March 16, 2011, was personally served on Judgment Debtor Vasquez on March 26, 2011 by a registered process server. (Docket No. 25).

7. On May 9, 2011, the examination of Judgment Debtor Vasquez came on regularly for hearing before Judge Wistrich; however, Judgment Debtor Vasquez did not appear. (Docket No. 26.)

8. Judgment Debtor Vasquez willfully failed to comply with the Court's Order of March 16, 2011, resetting her judgment debtor examination on May 9, 2011, by failing to appear for her examination.

8. As a result of these post-judgment proceedings, Judgment Creditor Government has incurred reasonable attorney's fees and costs in an amount to be determined.

Based on these facts, the Court **ORDERS JUDGMENT DEBTOR VASQUEZ TO SHOW CAUSE** why she should not be found in civil contempt based upon her non-appearance at her debtor examinations as ordered on March 14, 2011 and May 9, 2011. **A hearing on this Order to Show Cause shall take place before Chief Judge Audrey B. Collins on Monday, June 27, 2011 at 10:00 a.m. in Courtroom 680, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.**

If Ms. Vasquez objects to being held in civil contempt, she shall file a legal memorandum of points and authorities containing her objections **no later than June 13, 2011.** The government may file a response **no later than June 20, 2011.**

The government is ORDERED to **personally serve** this Order on Ms. Vasquez and file proof of that service **no later than June 2, 2011.**

3

Ms. Vasquez is **advised that, should she fail to appear before this Court on the date and time ordered, among the civil penalties to which she may be subject are fines and imprisonment and a bench warrant may be issued for her arrest.**

**Ms. Vasquez is also urged to consider retaining counsel for the June 27, 2011 hearing.**

**IT IS SO ORDERED.**

**DATED: May 26, 2011**

_____
**AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE**